IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HOLLIS, | 1:08-cv-01688-GSA (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO COMPLY WITH |
| vs. | COURT'S ORDER OF FEBRUARY 6, 2009 |
| JAMES A. YATES, | (Motion#20) |
| Defendant. | THIRTY-DAY DEADLINE |

On February 6, 2009, the Court ordered Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed only on his cognizable claims. On April 21, 2009, Plaintiff filed his second motion to extend time to comply with the order. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to comply with the Court's order of February 6, 2009.


IT IS SO ORDERED.

Dated: April 23, 2009         /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE