# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HOLLIS, | CASE NO. 1:08-cv-01688-GSA PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| JAMES YATES, et al., | (Doc. 16) |
| Defendants. | THIRTY-DAY DEADLINE |

This civil rights action pursuant to 42 U.S.C. § 1983 by Plaintiff Joseph Hollis, a state prisoner proceeding pro se and in forma pauperis. On February 6, 2009, the Court issued an order requiring Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable by the Court in its order. On April 23, 2009, the Court granted Plaintiff's motion for a thirty-day extension of time to comply. More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey the Court's order; and

///
///
///
///

1

2. <u>The failure to respond to this order will result in dismissal of this action for failure to prosecute.</u>


IT IS SO ORDERED.

   **Dated:**   **July 6, 2009**                 /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE